DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SUPERIOR BROKERAGE SERVICES, INC.,**
Appellant,

v.

**ELYAHU MADUEL** and **DISTR. MED. LLC,**
Appellees.

No. 4D23-876

[May 31, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. CACE20-007160.

Austin Grinder of the Ruth Law Team, St. Petersburg, for appellant.

Jeffrey B. Shalek, Esq., P.A., Fort Lauderdale, for appellees.

**ON CONFESSION OF ERROR**

PER CURIAM.

Superior Brokerage Services, Inc., appeals a trial court order denying its motion for relief from default final judgment. The trial court found that Superior Brokerage waived its defense to insufficient service of process because Alan Dagen, Esq., had filed a motion to enlarge time to respond to the Appellees' complaint on behalf of Superior Brokerage. Superior Brokerage argues that Dagen did not have authority to appear on its behalf, and the filing of a motion for enlargement of time did not waive the defense of lack of personal jurisdiction for insufficient service of process. The Appellees concede error.

Even assuming arguendo that Dagen had authority to file the motion for enlargement of time on Superior Brokerage's behalf, the filing of a motion for enlargement of time does not constitute a general appearance in the case and, thus, does not waive a defense of lack of jurisdiction for insufficient service of process. *Byers v. FIA Card Servs., N.A.*, 82 So. 3d 1166, 1168 (Fla. 4th DCA 2012). We reverse and remand for further proceedings.

*Reversed and remanded.*

MAY, GERBER and LEVINE, JJ., concur.

\* \* \*

**Not final until disposition of timely filed motion for rehearing.**